SULLIVAN, J., did not participate in the consideration or decision of this petition.

*David B. Rozwaski,* special public defender, in support of the petition.

*Bruce R. Lockwood,* deputy assistant state's attorney, in opposition.

Decided February 10, 2000

STATE OF CONNECTICUT *v.* JOHN CASIANO

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 582 (AC 18645), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*James B. Streeto,* deputy assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided February 10, 2000

FLORENCE CUSANO, EXECUTRIX (ESTATE OF RICHARD CUSANO) *v.* BURGUNDY CHEVROLET, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 55 Conn. App. 655 (AC 18212), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Daniel P. Scapellati, Paul D. Meade* and *Lawrence L. Connelli,* in support of the petition.